10/17/10
# 1109094
5.00
KJ

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ALI HADJEASGARI     BK: 06-03787 B

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
    CHAPTER 7 TRUSTEE CHECK # 117072 FOR $ 5.00
Mailed to: MARK SCHLANT DURING JULY, 2010    and it
    APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 5.00 IN CHECK # 15266
Representing unclaimed funds.

DATED: 10-16-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
NOV 17 2010
BANKRUPTCY COURT
BUFFALO, N.Y.